AG Adjustments
740 Walt Whitman Road
Melville, NY 11747-9090

Air Group LLC
1 Prince Road
Whippany, NJ 07981

Am Honda Fin
6261 Katella Ave # 1 A
Cypress, CA 90630

Amca
4 West Chester Plaza
Elmsford, NY 10523

Amex
c/o Beckett & Lee
16 General Warren Blvd.
Malvern, PA 19355

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040

Astoria Federal Saving
One Astoria Fed Pl
Lake Success, NY 11042

Audit Bureau Department
Business Office
P.O. Box 1269
Columbus, OH 43216

Bk Of Amer
4060 Ogletown/Stanton Rd
Newark, DE 19713

Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Capital Accounts
P.O. Box 140065
Nashville, TN 37214

```
Chase
Credit Bureau Depa
Fort Worth, TX 76101


Chase
Po Box 15298
Wilmington, DE 19850


Chase Manhattan Mtge
Po Box 24696
Columbus, OH 43224


Dsnb Bloom
Bloomingdale's Bankruptcy
Po Box 8053
Mason, OH 45040


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Everhome Mortgage Co
Po Box 2167
Jacksonville, FL 32237


Frank Gabriel
900 Valley Rd., Unit b
Clifton, NJ 07013


Gemb/gap
Po Box 965005
Orlando, FL 32896


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Michelle R. Gabriel
C/o Angelo Sarno, Esquire
Snyder & Sarno, LLC
425 Eagle Rock Avenue
Roseland, NJ 07068
```

```
Michelle R. Gabriel c/o
Morris County Child Support
Administration & Records Bldg.
P.O. Box 910
Morristown, NJ 07963-0910


MontBlanc NA LLC
P.O. Box 1892
Carol Stream, IL 60131-2892


MontBlanc North America LLC
430 Mountain Avenue
Murry Hill, NJ 07974


Movado Group, Inc.
650 From Road, Ste 375
Paramus, NJ 07652-3556


Nissn Inf Lt
Attn: Bankruptcy
8900 Freeport Parkway
Irving, TX 75063


Open MRI of Morristown
95 Madison Avenue
Suite B-4
Morristown, NJ 07960-7328


Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057


State of New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625


State of New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08646
```

```
Steinberg & Company, P.A.
199 Baldwin Road
Suite 200
Parsippany, NJ 07054-2043


The Mill at Little Falls Condo Assoc
280 Main St.
Little Falls, NJ 07424


The Mill at Little Falls Condo Assoc.
280 Main St.
Little Falls, NJ 07424


Ursala Torella
300 Main St., Unit 513
Little Falls, NJ 07424


Visa Dept. Stores
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Wachov/ftu
1 Home Campus 1st Floor
Des Moines, IA 50328


Wachovia
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251
```